JAMS ARBITRATION

| | |
|---|---|
| **FRANK W. HAKE, INC.,**<br>    **Claimant/Counter-Respondent,**<br><br>v.<br><br>**LURGI LENTJES NORTH AMERICA, INC.,**<br>    **Respondent/Counter-Claimant.** | )<br>)<br>)<br>)  Reference No. 1410003829<br>)<br>)<br>)<br>) |

<u>**ORDER NO. 7**</u>

Pursuant to agreements reached between the parties and the arbitrator during the initial phase of the hearing, it is hereby **ORDERED as follows:**

1. If Mr. Dellers will replace Mr. Hembree as Lurgi's damages expert, then Mr. Dellers will provide to Hake's counsel by November 7, 2005 a copy of his expert report (which may incorporate some or all of Mr. Hembree's earlier report). Mr. Dellers' report shall be limited to the subjects discussed in Mr. Hembree's report, except that Mr. Dellers (or Mr. Hembree, if he will testify) may also submit a report on November 7 concerning the impact of Hake's payroll records on Hake's inefficiencies/acceleration claim.

2. Lurgi will make Mr. Hembree or Mr. Dellers (whichever is going to testify) available for deposition by Hake on November 14, 2005.

3. On November 16, 2005, each side will e-mail to me and to opposing counsel their proposed findings of fact and conclusions of law. Each finding of fact shall be set forth in a separately numbered paragraph and shall be supported by citations to the transcript, hearing exhibits, or written reports of the parties' witnesses. Conclusions of law may be set forth in separately numbered paragraphs or in the form of a legal brief or memorandum, at each party's discretion. Copies of any cases or other legal authorities cited in the proposed conclusions of law (beyond those already furnished to the arbitrator by Hake) shall accompany the submission of such findings and conclusions to the arbitrator.

4. If the arbitrator wishes to have counsel address any particular matters in their proposed finding of fact and conclusions of law, he shall so advise them by e-mail no later than November 2, 2005.

5. The hearing will resume in the JAMS office in Washington, DC on November 18, 19, 20 and 21, from 9:00 am to 6:30 pm each day. Each side will be afforded a total of 15 hours for all direct and cross examinations.

2

     6. The hearings on November 18-21 shall be limited to the following matters:

     (a) Testimony by Mr. Wachter and either Mr. Hembree or Mr. Dellers on the matters addressed in Mr. Wachter's written report (except for the subjects of expansion joints, disputed scope of steel, and percentage of completion, which have already been testified to).

     (b) Any subject on which the arbitrator specifically granted one side or the other a right to present rebuttal testimony during the November 18-21 hearing. Any party who intends to present such rebuttal testimony shall provide to the opposing counsel and the arbitrator by November 4, 2005 a notice of the subjects on which such testimony will be presented, a citation to the transcript page at which such testimony was allowed, and a list of the witnesses who will testify on each subject.

     7. Mr. Wachter and Mr. Dellers (or Hembree) shall each attend the testimony of the other and both shall be called for joint examination by the arbitrator (not to exceed two hours) at the close of the hearing.

     8. On November 22, 2005, closing argument will be held from 1:00 to 5:00 pm. Each side will be afforded two hours.

     9. By November 28, 2005, the parties shall notify the arbitrator if they have reached a stipulation concerning the amount that each side would be entitled to receive as reasonable costs and attorneys' fees in the event that that side prevailed.

**October 14, 2005**                               **Curtis E. von Kann**

                                                                               **Arbitrator**