JAMS Arbitration

FRANK W. HAKE, INC., )
Claimant and Counter-Respondent, )
)
) Reference No. 1410003829
v. )
)
LURGI LENTJES NORTH AMERICA, INC., )
Respondent and Counter-Claimant. )

## ORDER NO. 8

Upon consideration of Hake's application for arbitration fees and costs and Lurgi's opposition thereto (including Lurgi's request for hearing), it is hereby

ORDERED as follows:

1. By March 20, 2006, Hake shall file and serve a reply to Sections I and II of Lurgi's opposition. As to each reduction in amount of award proposed by Lurgi in Section II, Hake shall indicate whether it accepts the proposed reduction and, if not, its basis for contesting the same. Hake shall include in its reply a conclusion summarizing the amount of fees and costs it seeks, after deducting any reductions it has agreed to. As to any "redacted" time entries for which Hake still seeks reimbursement, Hake shall provide, wherever possible, a generalized description of the work in a manner that does not breach attorney-client privilege. As to any redacted items for which this is not done, Hake shall provide to the arbitrator for *in camera* review a description of the work involved and an explanation of why a generalized description of that work cannot be furnished to Lurgi.

2. By March 27, 2006, Lurgi may file and serve a supplemental opposition (a) responding to any of Hake's explanations for not accepting reductions proposed by Lurgi and/or (b) commenting on any descriptions provided by Hake for previously redacted items. If Lurgi contends that the overall amount of fees and costs requested by Hake in its reply is excessive in amount, Lurgi shall provide an affidavit of counsel attesting to the overall amount of fees and costs incurred by Lurgi in this arbitration.

3. A hearing on Hake's application will be held at 1:00 pm EST on March 31, 2006. Each side will be allowed 45 minutes, of which Hake may reserve up to 15 minutes for rebuttal. The hearing will be conducted by conference call unless both sides request an in-person hearing.

March 8, 2006

*Curtis E. von Kann*

Arbitrator Curtis E. von Kann

2

## PROOF OF SERVICE BY FACSIMILE & U.S. MAIL

I, Amanda Gray, not a party to the within action, hereby declare that on March 8, 2006 I served the attached Order No. 8 on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Washington, DISTRICT OF COLUMBIA, addressed as follows:

Angelo A. Stio Esq.
Pepper Hamilton, LLP
300 Alexander Park, CN 5276
Princeton, NJ 08543-5276  USA

Jonathan M. Preziosi Esq.
Pepper Hamilton, LLP
300 Alexander Park, CN 5276
Princeton, NJ 08543-5276  USA

Kevin M. Hart Esq.
Stark & Stark
993 Lenox Dr.
Building Two
Lawrenceville, NJ 08648

I declare under penalty of perjury the foregoing to be true and correct. Executed at Washington, DISTRICT OF COLUMBIA on March 8, 2006.

Amanda Gray