**Pepper Hamilton LLP**
Attorneys at Law
A Pennsylvania Limited Liability Partnership

300 Alexander Park
CN 5276
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Dennis R. Casale
Michael J. Mann
Partners-in-Charge, Princeton Office

Jonathan M. Preziosi
direct dial: 609-951-4153
preziosij@pepperlaw.com

March 15, 2006

**VIA ELECTRONIC MAIL**

Honorable Curtis E. von Kann
JAMS
555 13th Street N.W.
Suite 400 West
Washington, DC  20004

Re:  <u>Frank W. Hake, Inc. v. Lurgi Lentjes North America, Inc. et al.</u>
     Arbitration Reference #14500000024

Dear Judge von Kann:

   We are in receipt of Your Honor's Order No. 8 concerning Hake's pending fee application pursuant to Section VI(1)-(3) of the Interim Award in the above matter.

   Please be advised that Hake hereby withdraws its application for attorney's fees and costs with prejudice pursuant to JAMS Rule 13(b).

   Hake therefore requests that JAMS proceed to issue the Final Award in this matter incorporating all terms of Section V of the Interim Award, except for any award of attorney's fees or costs in favor of Hake.

   Calculation of simple interest on the contract payments adjudged to be due per the Interim Award is, accordingly, the only computation that remains to be completed.

**Pepper Hamilton LLP**
―――Attorneys at Law

Honorable Curtis E. von Kann
Page 2
March 15, 2006

    As per the attached spreadsheet, simple interest on the $9,182,935 in contract payments adjudged to be due, calculated at the rate of 1% per month from July 7, 2004 through this date, equals $1,860,284.90 through today, (bringing the total award in favor of Hake to $12,118,839.90[1] including interest through this date). Interest is accruing at a rate of $2,962.24 per day.

    We respectfully request that JAMS now issue its Final Award in this matter.

    We further respectfully request that the Court convene a telephone conference with counsel this week in furtherance of the above. Thank you for Your Honor's continuing attention to this matter.

                                Respectfully submitted,

                                Jonathan M. Preziosi

JMP/rd
cc: Martin P. Schrama Esq. (via email)
    Glenn Azzinari, Esq. (via email)
    John Carwile, Esq. (via email)
    Phillip C. Chappelle (via email)
    Justin Sheets, Esq. (via email)
    Angelo A. Stio, Esq. (via email)

―――――――――――

[1] As per Section V of the Interim Award, the total award in favor of Hake is broken-down as follows: $9,182,935 for contract payments due, plus interest thereon, together with $332,779 for sales taxes and $742,841 in acceleration costs.

Simple Interest 7/7/04 - 3/13/06
  Monthly 7/7/04 - 3/7/06
  Per diem from 3/8/06 forward

| | | |
|---|---|---|
| Principal | | $ 9,182,935.00 |
| Interest Rate - 2004, per month | | 1.00% |
| Interest Rate - 2005, per month | | 1.00% |
| per diem | 1 | 2,962.24 |
| | Days | |
| 7/7 - 7/31/04 | 24 | 71,093.69 |
| Aug-04 | 31 | 91,829.35 |
| Sep-04 | 30 | 91,829.35 |
| Oct-04 | 31 | 91,829.35 |
| Nov-04 | 30 | 91,829.35 |
| Dec-04 | 31 | 91,829.35 |
| Jan-05 | 31 | 91,829.35 |
| Feb-05 | 28 | 91,829.35 |
| Mar-05 | 31 | 91,829.35 |
| Apr-05 | 30 | 91,829.35 |
| May-05 | 31 | 91,829.35 |
| Jun-05 | 30 | 91,829.35 |
| Jul-05 | 31 | 91,829.35 |
| Aug-05 | 31 | 91,829.35 |
| Sep-05 | 30 | 91,829.35 |
| Oct-05 | 31 | 91,829.35 |
| Nov-05 | 30 | 91,829.35 |
| Dec-05 | 31 | 91,829.35 |
| Jan-06 | 31 | 91,829.35 |
| Feb-06 | 28 | 91,829.35 |
| 3/1 -3/7/06 | 7 | 20,735.66 |
| 3/8 -3/15/06 | 8 | 23,697.90 | calculated as per diem |
| Total Interest | | 1,860,284.90 |