FILED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Allied Environmental Solutions, Inc. ) | |
| f/k/a/ Lurgi Lentjes N.A., Inc.   ) | CASE NUMBER 1:06CV00527 |
|                 ) | |
|        Plaintiff ) | Civil JUDGE: Ricardo M. Urbina |
|  vs             ) | |
|                 ) | DECK TYPE: Contract |
| Frank W. Hake, Inc.  ) | |
|                 ) | DATE STAMP: 03/21/2006 |
|        Defendant ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Allied Environmental Solutions, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Allied Environmental Solutions, Inc.  which have any outstanding securities in the hands of the public:

GEA Group AG (full name: GEA Group Aktiengesellschaft) is a corporate affiliate of Allied Environmental Solutions, Inc. It is a publicly traded German company with shares listed on the following exchanges: Xetra, Frankfurt, Stuttgart, Munich, Düsseldorf, Berlin, Hamburg, Bremen and Hannover.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.D.C. Bar No. 323014
BAR IDENTIFICATION NO.

James H. Hulme, Esq.
Print Name

1050 Connecticut Avenue, N.W.
Address

Washington, D.C. 20036
City           State         Zip Code

(202) 857-6000
Phone Number