IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED ENVIRONMENTAL SOLUTIONS, INC., formerly known as Lurgi Lentjes North America, Inc.<br><br>Petitioner,<br><br>v.<br><br>FRANK W. HAKE, INC.,<br><br>Respondent. | Civil Action No. 06-0527-RMU |

**CONSENT MOTION TO EXTEND FILING DATES WITH RESPECT TO PETIONER'S PETITION TO VACATE ARBITRATION AWARD AND RESPONDENT'S CROSS-PETITION TO CONFIRM ARBITRATION AWARD**

The Washington D.C. office of JAMS issued a final arbitration award in favor of Respondent on March 20, 2006.  Petitioner filed the instant petition to vacate said award on March 21, 2006 (the "Petition").  Counsel for the parties have conferred with respect to the dates upon which Respondent shall file an answer to the Petition and a Cross-Petition to confirm the JAMS arbitration award (the "Cross-Petition").  Counsel for the parties have further conferred with respect to the dates upon which Petitioner shall file any reply/opposition to such papers filed by Respondent.

Wherefore, Respondent requests, with the consent of Petitioner, that Respondent be permitted to file and serve its answer to the Petition together with Respondent's Cross-Petition, with papers in support thereof, on or before April 24, 2006.  Counsel for Respondent and counsel for Petitioner have further agreed that, once Respondent's answer to the Petition with Cross-Petition papers are served, Respondent shall consent to such reasonable extension of

2

time for Petitioner to file and serve any reply/opposition papers with respect thereto as counsel for Petitioner may request at that time.

            Respectfully submitted,

            /s/ Charles H. Carpenter
            Charles H. Carpenter (D.C. Bar No. 432004)
            Pepper Hamilton LLP
            Hamilton Square
            600 Fourteenth Street, N.W.
            Washington, DC 2005-2004
            202-220-1200

            /s/ Jonathan M. Preziosi
            Jonathan M. Preziosi
            Pepper Hamilton LLP
            300 Alexander Park
            Princeton, NJ  08543-5275
            609-452-0808

            Attorneys for Respondent

Dated:  April 12, 2006