IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS, INC.**, formerly known as **Lurgi Lentjes North America, Inc.**, <br><br>　　　　　　　　　　**Petitioner,** <br><br>　　　　v. <br><br>**FRANK W. HAKE, INC.,** <br><br>　　　　　　　　　　**Respondent.** | Civil Action No. 06-0527-RMU |

ORDER GRANTING
CONSENT MOTION TO EXTEND FILING DATES WITH RESPECT TO PETIONER'S PETITION TO VACATE ARBITRATION AWARD AND RESPONDENT'S CROSS-PETITION TO CONFIRM ARBITRATION AWARD

Upon consideration of the consent motion to extend filing dates, and the record in this case, it is, by the Court, this __ day of April, 2006

ORDERED that the motion shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that Respondent shall have until April 24, 2006 to plead or otherwise respond to the Petition filed in this case; and it is

FURTHER ORDERED that within 10 days after such response is filed, counsel for the parties shall confer and submit a report to the Court proposing a schedule for further filings and further proceedings in this matter.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　United States District Judge

PR: #591056 v1 (C_2801!.DOC)