IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLIED ENVIRONMENTAL SOLUTIONS, INC.**, formerly known as
Lurgi Lentjes North America, Inc.

         **Petitioner,**   CIVIL ACTION NO. 06-0527-RMU

   v.

**FRANK W. HAKE, INC.,**

         **Respondent.**

## NOTICE REGARDING EXHIBIT ATTACHMENT

   Exhibit B, which is an attachment to Respondent's Answer and Cross-Petition to Confirm Arbitration Award, is in paper form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

         Respectfully Submitted,

         /s/ Charles H. Carpenter
         Charles H. Carpenter (D.C. Bar No. 432004)
         PEPPER HAMILTON LLP
         Hamilton Square
         600 Fourteenth Street, N.W.
         Washington, D.C. 20005-1345
         Tel. (202) 220-1665
         Of Counsel:

         /s/ Jonathan M. Preziosi
         Jonathan M. Preziosi
         Angelo A. Stio III
         Pepper Hamilton LLP
         300 Alexander Park

                                                  Princeton, New Jersey  08543-5276
                                                  Tel. (609) 951-4125

                                                  Attorneys for Respondent Cross-Petitioner Frank W. Hake, Inc.

Dated:  April 24, 2006

-2-

DC: #330303 v1 (72V301!.DOC)