## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS, INC., formerly known as Lurgi Lentjes North America, Inc.** | **CIVIL ACTION NO. 06-0527-RMU** |
| **Petitioner,** | *ORDER* |
| v. | |
| **FRANK W. HAKE, INC.,** | |
| **Respondent.** | |

This matter having been brought before the Court by Arent Fox PLLC, attorneys for Petitioner Allied Environmental Solutions, Inc., f/k/a Lurgi Lentjes North America, Inc. ("Petitioner" or "Lurgi"), upon petition for an order vacating JAMS arbitration award proceeding reference no. 14500024 (the "Arbitration Award"); and by Pepper Hamilton LLP, attorneys for respondent Frank W. Hake, Inc. ("Respondent" or "Hake") upon cross-petition for an order confirming the Arbitration Award; and the Court having considered the Petition and Cross-petition papers, any opposition and any reply papers filed thereto, and having heard oral argument of counsel and for good cause having been shown,

  **IT IS** on this ____ day of April, 2006,

  **ORDERED** that Hake's Cross-petition to confirm the Arbitration Award is GRANTED;

  **FURTHER ORDERED** that Lurgi's Petition to vacate the Arbitration Award is DENIED;

-2-

**FURTHER ORDERED** that Hake serve a copy of this Order upon all counsel

within ___ days of the date of this Order.

_____
U.S.D.J.

PR: #591718 v1 (C_KM01!.DOC)