CO-386-online
10/03

# United States District Court
# For the District of Columbia

ALLIED ENVIRONMENTAL SOLUTIONS, )
INC., formerly known as Lurgi Lentjes )
North America, Inc. )
)
      vs    Plaintiff )   Civil Action No. 06-0527-RMU
)
)
FRANK W. HAKE, INC., )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Frank W. Hake, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Frank W. Hake, Inc.** which have any outstanding securities in the hands of the public:

Matrix Service Company

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Charles H. Carpenter
Signature

D.C. Bar No. 432004
BAR IDENTIFICATION NO.

Charles H. Carpenter
Print Name

600 Fourteenth Street, N.W.
Address

Washington    DC    20005
City           State      Zip Code

202-220-1200
Phone Number