IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED ENVIRONMENTAL SOLUTIONS, INC., formerly known as Lurgi Lentjes North America, Inc.<br><br>Petitioner,<br><br>v.<br><br>FRANK W. HAKE, INC.,<br><br>Respondent. | CIVIL ACTION NO. 06-0527-RMU |

### CONSENT MOTION TO EXTEND FILING DATES WITH RESPECT TO PETIONER'S ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RESPONDENT'S CROSS-PETITION TO CONFIRM ARBITRATION AWARD

Petitioner filed the instant petition to vacate said arbitration award on March 21, 2006 (the "Petition"). Counsel for the parties conferred with respect to the date upon which Respondent would file an answer to the Petition and a Cross-Petition to confirm the JAMS arbitration award (the "Cross-Petition"). Respondent filed a consent motion requesting a brief extension of time to file its papers on April 24, 2006. This motion was granted by the Court on April 12, 2006.

Counsel for the parties have further conferred with respect to the dates upon which Petitioner shall file its responsive pleadings to Respondent's answer to the Petition and Cross-Petition to confirm the award. Wherefore, Petitioner requests, with the consent of Respondent, that Petitioner be permitted to file and serve its answer and memorandum in opposition to Respondent's Cross Petition on or before May 22, 2006.

The Court has advised the parties that an initial status hearing is scheduled for August, 2006. This brief extension of time will not affect the Court's schedule and will not prejudice any party.

        Respectfully submitted,

        __/s/_ James H. Hulme_____
        James H. Hulme (D.D.C. Bar No. 323014)
        Matthew M. Wright (D.D.C. Bar No. 474731)
        ARENT FOX PLLC
        1050 Connecticut Ave., NW, Suite 500
        Washington, DC 20036-5339
        Tel: 202-857-6144

        *Attorneys for Petitioner Allied Environmental Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc.*

Dated: May 5, 2006