IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED ENVIRONMENTAL SOLUTIONS,
INC., formerly known as
Lurgi Lentjes North America, Inc.,

                  Petitioner,

v.

FRANK W. HAKE, INC.,

                  Respondent.

Civil Action No. 06-0527-RMU

**ORDER GRANTING CONSENT MOTION TO EXTEND FILING DATES WITH RESPECT TO PETIONER'S ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RESPONDENT'S CROSS-PETITION TO CONFIRM ARBITRATION AWARD**

Upon consideration of the consent motion to extend filing dates, and the record in this case, it is, by the Court, this ___ day of May, 2006

ORDERED that the motion shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that Petitioner shall have until May 22, 2006 to plead or otherwise respond to the Petition filed in this case.

_____
Ricardo M. Urbina
United States District Judge

Error! Unknown document property name.