IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLIED ENVIRONMENTAL SOLUTIONS, INC., formerly known as Lurgi Lentjes North America, Inc.**

        **Petitioner,**

v.

**FRANK W. HAKE, INC.,**

        **Respondent.**

CIVIL ACTION NO. 06-0527-RMU

## MOTION TO AMEND ORDER OF APRIL 24, 2006

    Comes now, Respondent/cross-petitioner Frank W. Hake, Inc. ("Hake"), and seeks an order amending the Court's order of April 24, 2006, and in support thereof, submits the attached memorandum.

        Respectfully submitted,

        /s/ Charles H. Carpenter
        Charles H. Carpenter (D.C. Bar No. 432004)
        PEPPER HAMILTON LLP
        Hamilton Square
        600 Fourteenth Street, N.W.
        Washington, D.C. 20005-1345
        Tel. (202) 220-1665

        /s/ Jonathan M. Preziosi
        Jonathan M. Preziosi
        Angelo A. Stio III
        Pepper Hamilton LLP
        300 Alexander Park
        Princeton, New Jersey 08543-5276
        Tel. (609) 951-4125

        Attorneys for Respondent Cross-Petitioner
Dated May 8, 2006     Frank W. Hake, Inc.