IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLIED ENVIRONMENTAL SOLUTIONS, INC., formerly known as Lurgi Lentjes North America, Inc.**

                    Petitioner,

v.

**FRANK W. HAKE, INC.,**

                    Respondent.

CIVIL ACTION NO. 06-0527-RMU

## ORDER

Upon consideration of Respondent's motion for an order amending this Court's Order of April 24, 2006; the Court having received and reviewed the moving papers and any opposition and reply papers submitted thereto; and for other good cause having been shown and for the reasons set forth on the record, it is, by the Court, this __ day of May, 2006

**ORDERED** that Respondent's Motion to Amend the April 24, 2006 Order is GRANTED; and it is

**FURTHER ORDERED** that the Order of April 24, 2006 is amended such that the parties may dispense with the obligations of Local Civil Rule 16.3.

_____
Ricardo M. Urbina
United States District Judge

PR: #592655 v2 (CP@N02!.DOC)