IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS, INC.**, formerly known as Lurgi Lentjes North America, Inc., <br><br> Petitioner, <br><br> v. <br><br> **FRANK W. HAKE, INC.**, <br><br> Respondent. | Civil Action No. 06-0527-RMU |

## PROPOSED ORDER

Upon consideration of Respondent's Motion to Amend the Court's Scheduling Order of April 24, 2006, and Petitioner's Opposition thereto, it is, this ___ day of May, 2006,

ORDERED that the motion shall be, and hereby is, DENIED.

_____
Ricardo M. Urbina
United States District Judge