IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS, INC.**, formerly known as **Lurgi Lentjes North America, Inc.**,<br><br>           **Petitioner,**<br><br>     v.<br><br>**FRANK W. HAKE, INC.**,<br><br>           **Respondent.** | Civil Action No. 06-0527-RMU |

**RESPONDENT/CROSS-PETITIONER'S MEMORANDUM IN OPPOSITION TO
PETITIONER'S MOTION TO FILE SURREPLY**

  Respondent/cross-petitioner Frank W. Hake, Inc. ("Hake"), by and through undersigned counsel, hereby opposes Allied Environmental Solutions, Inc.'s ("Lurgi's") motion to file a surreply in the above referenced matter.

  In its reply papers filed on May 30, 2006, Hake did not "inject" any new arguments that were not previously advanced in its cross-petition. Rather, Hake demonstrated that Lurgi, in its opposition and reply papers filed on May 22, 2006, had misstated the governing standard of review by failing to recognize that an arbitrator's ruling on an adjournment request cannot constitute grounds for vacatur if the arbitrator had at least a colorable basis for his or her ruling.

  In its reply papers, Hake also cited the absence of any case law in which statutory grounds for vacatur were applied to an arbitration where, as here, the arbitrator did in fact grant an adjournment (albeit not as long an adjournment as the petitioner had desired).

  Hake did not make any "new" or "erroneous" arguments in its reply papers. In its motion for leave to file a surreply, Lurgi has failed to demonstrate otherwise.

-2-

For the foregoing reasons, Hake requests that Lurgi's motion for leave to file a surreply be denied.

Respectfully submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar No. 432004)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C.  20005-1345
Tel. (202) 220-1507

/s/ Jonathan M. Preziosi
Jonathan M. Preziosi
Angelo A. Stio III
Pepper Hamilton LLP
300 Alexander Park
Princeton, New Jersey  08543-5276
Tel. (609) 951-4125

Attorneys for Respondent / Cross-Petitioner
Frank W. Hake, Inc.

Dated:  June 22, 2006