IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS,**<br>**INC., formerly known as**<br>**Lurgi Lentjes North America, Inc.,**<br><br>                                       **Petitioner,**<br><br>                v.<br><br>**FRANK W. HAKE, INC.,**<br><br>                                       **Respondent.** | Civil Action No. 06-0527-RMU |

**JOINT MOTION TO VACATE ARBITRATION AWARD**
**AND TO DISMISS CASE WITH PREJUDICE**

Petitioner, Allied Environmental Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc. ("Petitioner" or "Lurgi"), and Respondent, Frank W. Hake, Inc. ("Hake" or "Respondent"), having reached an amicable resolution of this matter, respectfully and jointly move the Court to vacate the Arbitration Award (the "Award") in JAMS arbitration, Reference No. 14500024, and to dismiss this case, and all claims, with prejudice. In support of their motion, the parties state as follows:

1. On October 27, 2006, the parties entered into a final and binding Settlement Agreement and Limited Mutual Release (the "Agreement").

2. The Agreement provides, in pertinent part, that the parties will jointly move to vacate the Award and that the Award shall be deemed to be vacated, null and void and of no force and effect, and shall have no res judicata, issue preclusion or collateral estoppel effect to the furthest extent permitted by law.

3.      The Agreement further provides, in pertinent part, that the parties will jointly move to dismiss, with prejudice, both Petitioner's motion to vacate the arbitration award and Respondent's cross-petition to confirm the arbitration award.

4.      The parties agree to bear their own costs associated with their respective petitions.

WHEREFORE, the parties joint move the Court to enter the Consent Order, which is submitted with this motion.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| James H. Hulme (D.D.C. Bar No. 323014) | Charles Henry Carpenter |
| Matthew M. Wright (D.D.C. Bar No. 474731) | PEPPER HAMILTON LLP |
| ARENT FOX PLLC | 600 14th Street, NW |
| 1050 Connecticut Ave., NW, Suite 500 | Washington, DC 20005-2008 |
| Washington, DC 20036-5339 | Tel: (202) 220-1507 |
| Tel: (202) 857-6000 | Fax: (202) 220-1665 |
| Fax: (202) 857-6395 | |
| *Attorneys for Petitioner Allied Environmental Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc.* | *Attorney for Respondent, Frank W. Hake, Inc.* |

November 2, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIED ENVIRONMENTAL SOLUTIONS, INC.,** formerly known as **Lurgi Lentjes North America, Inc.,**<br><br>          Petitioner,<br><br>   v.<br><br>**FRANK W. HAKE, INC.,**<br><br>          Respondent. | Civil Action No. 06-0527-RMU |

**CONSENT ORDER VACATING AWARD**
**AND DISMISSING CASE WITH PREJUDICE**

  Upon joint motion that each party consents to the vacatur of the arbitrator's award in JAMS arbitration Reference No. 14500024 and that each party jointly moves to dismiss with prejudice its petition, it is hereby

  **ORDERED** this _____ day of _____, 2006, that the arbitrator's award in JAMS arbitration Reference No. 14500024 is **VACATED.**  The award shall be deemed to be vacated, null and void and of no force and effect, and shall have no res judicata, issue preclusion or collateral estoppel effect to the furthest extent permitted by law.

  **IT IS FURTHER ORDERED** that the petition to vacate the arbitration award submitted by Petitioner Allied Environmental Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc. is hereby dismissed with prejudice.  Petitioner shall bear its own costs.

2

**IT IS FURTHER ORDERED** that the cross-petition to confirm the arbitration award submitted by Respondent Frank W. Hake, Inc. is hereby dismissed with prejudice. Respondent shall bear its own costs.

**SO ORDERED.**

                                                                                           _____
                                                                                           **Hon. Ricardo M. Urbina**
                                                                                           **United States District Court Judge**

SEEN AND AGREED TO,                                      SEEN AND AGREED TO,


_____/s/_____          _____/s/_____
James H. Hulme (D.D.C. Bar No. 323014)         Charles Henry Carpenter
Matthew M. Wright (D.D.C. Bar No. 474731)   PEPPER HAMILTON LLP
ARENT FOX PLLC                                            600 14th Street, NW
1050 Connecticut Ave., NW, Suite 500              Washington, DC 20005-2008
Washington, DC 20036-5339                             Tel:  (202) 220-1507
Tel:  (202) 857-6000                                           Fax:  (202) 220-1665
Fax:  (202) 857-6395

*Attorneys for Petitioner Allied Environmental*       *Attorney for Respondent, Frank W.*
*Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc.*   *Hake, Inc.*