IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALLIED ENVIRONMENTAL SOLUTIONS,
INC., formerly known as
Lurgi Lentjes North America, Inc.,

                         Petitioner,

        v.

FRANK W. HAKE, INC.,

                         Respondent.

FILED

NOV 8 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 06-0527-RMU

## CONSENT ORDER VACATING AWARD
## AND DISMISSING CASE WITH PREJUDICE

Upon joint motion that each party consents to the vacatur of the arbitrator's award in JAMS arbitration Reference No. 14500024 and that each party jointly moves to dismiss with prejudice its petition, it is hereby

**ORDERED** this 8th day of November, 2006, that the arbitrator's award in JAMS arbitration Reference No. 14500024 is **VACATED.** The award shall be deemed to be vacated, null and void and of no force and effect, and shall have no res judicata, issue preclusion or collateral estoppel effect to the furthest extent permitted by law.

**IT IS FURTHER ORDERED** that the petition to vacate the arbitration award submitted by Petitioner Allied Environmental Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc. is hereby dismissed with prejudice. Petitioner shall bear its own costs.

IT IS FURTHER ORDERED that the cross-petition to confirm the arbitration award submitted by Respondent Frank W. Hake, Inc. is hereby dismissed with prejudice. Respondent shall bear its own costs.

SO ORDERED.

*Ricardo M. Urbina* (signature)

Hon. Ricardo M. Urbina
United States District Court Judge

SEEN AND AGREED TO,                         SEEN AND AGREED TO,

/s/                                         /s/
James H. Hulme (D.D.C. Bar No. 323014)      Charles Henry Carpenter
Matthew M. Wright (D.D.C. Bar No. 474731)   PEPPER HAMILTON LLP
ARENT FOX PLLC                              600 14th Street, NW
1050 Connecticut Ave., NW, Suite 500        Washington, DC 20005-2008
Washington, DC 20036-5339                   Tel: (202) 220-1507
Tel: (202) 857-6000                         Fax: (202) 220-1665
Fax: (202) 857-6395

*Attorneys for Petitioner Allied Environmental*    *Attorney for Respondent, Frank W.*
*Solutions, Inc., f/k/a/ Lurgi Lentjes North America, Inc.*    *Hake, Inc.*

2